# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:

MARIA I HERNANDEZ

DEBTOR                                    /

CASE NO.: 12-12738-BKC-AJC
PROCEEDING UNDER CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$838.93** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: OCT 2 6 2017

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

MARIA I HERNANDEZ
1075 W 68 ST
APT 306
HIALEAH, FL 33014

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

ZENITH ACQ
ATTN:BKCY
170 NORTHPOINTE PKWY #300
AMHERST, NY 14228

MIDLAND CREDIT MGMT INC
8875 AERO DR, STE 200
SAN DIEGO, CA 92123

NOTICE OF DEPOSIT OF FUNDS
CASE NO.:  12-12738-BKC-AJC

ATTACHMENT

NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK

ATTACHMENT - LISTING OF CLAIMANT

CASE NO.: 12-12738-BKC-AJC

ZENITH ACQ
ATTN:BKCY
170 NORTHPOINTE PKWY #300
AMHERST, NY  14228

$764.20

UNDELIVERABLE/STALE
CLAIM REGISTER# 5

MIDLAND CREDIT MGMT INC
8875 AERO DR, STE 200
SAN DIEGO, CA  92123

$74.73

UNDELIVERABLE/STALE
CLAIM REGISTER# 13